Order entered September 13, 2018



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01281-CV

**KENNETH W. MORRISON, RICK ADAMS, AND STONECOAT OF TEXAS, LLC,**
**Appellants**

**V.**

**JOHN D. PROFANCHIK, SR., Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-02057-2015**

## ORDER

Before the Court is appellee's first motion for extension of time to file brief and appellants' response. We **GRANT** the motion and **ORDER** appellee's brief be filed no later than October 19, 2018. To the extent appellants' response can be construed as a request for extension of time to file their reply brief, the request is premature.

/s/    DAVID EVANS
         JUSTICE